| | |
|---|---|
| Defendant: | **BVC Oakwood Commons LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111642 | $17,774.50 | 2/9/2023 | 00834-984515 | 2/1/2023 | $2,150.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111642 | $17,774.50 | 2/9/2023 | 00834-984514 | 2/1/2023 | $2,157.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111642 | $17,774.50 | 2/9/2023 | 00834-984513 | 2/1/2023 | $13,466.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112530 | $17,774.50 | 3/8/2023 | 00834-987865 | 3/1/2023 | $2,150.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112530 | $17,774.50 | 3/8/2023 | 00834-987864 | 3/1/2023 | $2,157.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112530 | $17,774.50 | 3/8/2023 | 00834-987863 | 3/1/2023 | $13,466.25 |
| **2 Preference Period transfer(s), $35,549.00** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114965 | $17,774.50 | 7/13/2023 | 00834-993274 | 4/1/2023 | $2,150.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114965 | $17,774.50 | 7/13/2023 | 00834-993273 | 4/1/2023 | $2,157.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114965 | $17,774.50 | 7/13/2023 | 00834-993272 | 4/1/2023 | $13,466.25 |
| **1  Post Petition transfer(s), $17,774.50** | | | | | | | |

**Totals: 3 transfer(s), $53,323.50**